UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 2:13-CV-11-FL |
| ERNESTINE FARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered March 11, 2013, that judgment is entered in favor of plaintiff who shall have and recover from defendant Ernestine Farris the amount of Two Hundred Six Thousand Three Hundred Ninety-Seven and no/100 Dollars ($206,397.00) plus post judgment interest at a rate of .17%, and future costs.

**This Judgment Filed and Entered on March 11, 2013, and Copies To:**

G. Norman Acker, III (via CM/ECF Notice of Electronic Filing)
Ernestine Farris (via U.S. Mail) 113 South Church Street, Columbia, NC 27925


March 11, 2013            JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk